

DAVID E. DE LORENZI
DIRECTOR

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

August 23, 2013

**VIA ECF**

Honorable Jerome B. Simandle, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    **Bel Fuse Inc., et al. v. Molex Incorporated**
              **Civil Action No.: 13-02566 (JBS) (JS)**

Dear Judge Simandle:

We represent Defendant Molex Incorporated ("Molex") in the above-captioned matter. On August 6, 2013, Molex filed a motion to dismiss certain claims in Plaintiffs' Complaint. *See* ECF Dkt. 8. In response, on August 20, 2013, Plaintiffs filed an Amended Complaint. *See* ECF Dkt. 11. Plaintiffs also filed an opposition to Molex's motion on that date, which opposition argued that the motion to dismiss is moot in view of the Amended Complaint. *See* ECF Dkt. 12.

In view of Plaintiffs' August 20, 2013 filings, Molex withdraws its motion to dismiss. Molex presently intends to file a new motion to dismiss, based on the Amended Complaint, which it will file on or by the date a responsive pleading or motion is due.

We thank the Court for its courtesies and consideration.

                                                  Respectfully submitted,

                                                  s/ David E. De Lorenzi

cc:    All Counsel of Record (via ECF)