IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEL FUSE, INC., et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>MOLEX INCORPORATED,<br><br>  Defendant. | Civil Action<br>No. 13-2566 (JBS/JS)<br><br>**ORDER** |

   This matter comes before the Court on the Motion to Dismiss filed by Defendant Molex Incorporated.  [Docket Item 8.]  On August 20, 2013, Plaintiffs Bel Fuse, Inc., Bel Fuse LTD., Bel Connector, Inc., Bel Transformer, Inc., and Bel Fuse (Macau Commercial Offshore) LTD filed an Amended Complaint. [Docket Item 11.] The Amended Complaint moots Defendant's Motion to Dismiss. The Court will dismiss the motion without prejudice to Defendants' right to refile their motion to dismiss in response to the Amended Complaint.

   IT IS this   **26th**   day of   **August**   , **2013** hereby

   ORDERED that the Motion of Defendant Molex Incorporated [Docket Item 8] is dismissed as moot.

                                   **s/ Jerome B. Simandle**
                                   JEROME B. SIMANDLE
                                   Chief U.S. District Judge